IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**ANDRA CHERI MORELAND a/k/a ANA CHERI, BRENDA GEIGER, JESSICA "CHARM" KILLINGS, CLAUDIA SAMPEDRO, JESSICA BURCIAGA; KEELEY HAZELL; PAOLA CANAS; AND VIDA GUERRA**

Case No. 6:19-cv-00372

**Plaintiffs',**

- v -

**A-Q-B, LLC D/B/A BABES GENTLEMEN'S CLUB OF NOLANVILLE**
**Defendants.**

### PLAINTIFFS' RULE 55 MOTION FOR DEFAULT JUDGMENT AGAINST A-Q-B, LLC D/B/A BABES GENTLEMEN'S CLUB OF NOLANVILLE

NOW COMES the Plaintiffs, ("Plaintiffs"), by Dennis C. Postiglione, Esq., one of its attorneys, and in support of its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55, states as follows:

Plaintiff initiated these proceedings on or about June 13, 2019, by Plaintiffs' filing of their Complaint against defendant A-Q-B, LLC D/B/A BABES GENTLEMEN'S CLUB OF NOLANVILLE (Dkt. 1).

Defendant A-Q-B, LLC D/B/A BABES GENTLEMEN'S CLUB OF NOLANVILLE was duly served with a copy of the Complaint and Summons on or about June 24, 2019, via process server Misty Holder (Dkt. 3).

More than twenty (20) days have elapsed since Defendant was served, and it has failed to answer, plead, or otherwise defend the allegations of Plaintiffs' Complaint.

Defendant's failure to defend and deny the allegations of Plaintiffs' complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

Plaintiffs' claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Memorandum of Law.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order of Default Judgment, for that amount set forth and made certain in its supporting Memorandum of Law, which will be filed within seven (7) days of the filing of this motion.

Dated: Austin, Texas
September 18, 2019

Respectfully submitted,

**The Casas Law Firm, P.C.**

3801 North Capital of Texas Highway,
Suite E240, #445
Austin, Texas 78746
(512) 806-7699 Office
(855) 220-9626 Fax
dennis@casaslawfirm.com

_____
Dennis C. Postiglione
State Bar No. 24041711

**ATTORNEYS FOR PLAINTIFFS**

Case 6:19-cv-00372-ADA    Document 10    Filed 09/19/19    Page 3 of 4

## CERTIFICATE OF SERVICE

I CERTIFY that on the 18th day of September, 2019, I filed the foregoing electronically through the CM/ECF system, and mailed via USPS to Defendant's Registered Agent, as more fully reflected on the Notice of Electronic Filing as follows:

A-Q-B, LLC d/b/a Babes Gentlemen's Club of Nolanville
Sean Ritter
Registered Agent for Service
4100 US-190
Nolanville, Texas 76559

_____
Dennis C. Postiglione