IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANA CHERI MORELAND, BRENDA GEIGER, JESSICA "CHARM" KILLINGS, CLAUDIA SAMPEDRO, JESSICA BURCIAGA; KEELEY HAZELL; PAOLA CANAS; AND VIDA GUERRA<br><br>Plaintiffs',<br><br>- against -<br><br>A-Q-B, LLC DBA BABES GENTLEMEN'S CLUB OF NOLANSVILLE<br><br>Defendants. | Case No. 6:19-cv-00372<br><br>**MOTION FOR THE CLERK TO ENTER A DEFAULT JUDGMENT** |

Plaintiffs, ANA CHERI MORELAND, BRENDA GEIGER, JESSICA "CHARM" KILLINGS, CLAUDIA SAMPEDRO, JESSICA BURCIAGA; KEELEY HAZELL; PAOLA CANAS; and VIDA GUERRA , ("Plaintiffs"), by and through their undersigned counsel, file this Motion for the Clerk to Enter a Default Judgment, and respectfully show as follows:

**MOTION FOR ENTRY OF DEFAULT**

1.  Pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(1), Plaintiffs respectfully request that the Clerk of this Court enter a Default Judgment against Defendant A-Q-B, LLC d/b/a/ Babes Gentlemen's Club of Nolansville in the amount of $352,500. In addition, Plaintiffs are entitled to the costs and disbursements incurred in the prosecution of this action, which include $640.00 in court and miscellaneous costs, $4,400.00 for the retention of Stephen Chamberlin and the creation of his report, and $12,492.50 in attorney's fees.

2.     Exhibit A to this Motion is the Declaration of Dennis C. Postiglione in support of this Motion. Plaintiffs respectfully move for entry of a default judgment by the Clerk of the Court and for any other relief to which they have shown themselves justly entitled.

Dated:  Austin, Texas
        October 29, 2019

                              Respectfully submitted,

                              **The Casas Law Firm, P.C.**

                              3801 North Capital of Texas Highway,
                              Suite E240, #445
                              Austin, Texas 78746
                              (512) 806-7699 Office
                              (855) 220-9626 Fax
                              dennis@casaslawfirm.com

                              _____
                              Dennis C. Postiglione
                              State Bar No. 24041711

                              **ATTORNEYS FOR PLAINTIFFS**